EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON   #4532
Chief, Major Crimes

TRACY A. HINO       #3202
Assistant U.S. Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Tracy.Hino@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 29 2005

at ____ o'clock and ____ min. ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR05-00277 HG |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | [18 U.S.C. § 1542] |
| | ) | |
| DOROTHY TOON OFFERMANN, | ) | |
| | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges that:

On or about March 4, 2005, within the District of Hawaii, DOROTHY TOON OFFERMANN, did willfully and knowingly make a false statement in an application for a passport with intent to induce and secure the issuance of a passport under the authority of the United States, for the use of another, contrary to the

laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application, DOROTHY TOON OFFERMANN submitted a passport application on behalf of her minor son that falsely claimed that she was unable to contact the father of her son, when in fact, she was able to contact the father of her son.

In violation of Title 18, United States Code, Section 1542.

DATED: June 29, 2005 at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY


EDWARD H. KUBO
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
TRACY A. HINO
Assistant U.S. Attorney


United States v. Dorothy Toon Offerman
Cr. No. _____
"Indictment"